# EXHIBIT C

# PULASKI COUNTY
## Board of Tax Assessors

| Recent Sales in Neighborhood / Recent Sales in Area | Previous Parcel | Next Parcel | Field Definitions | Return to Main Search Page | Pulaski Home |

### Owner and Parcel Information

| | | | |
|---|---|---|---|
| Owner Name | FEDERAL NATIONAL MORTGAGE ASSOCIATION | Today's Date | September 24, 2012 |
| Mailing Address | | Parcel Number | H-4 2 6 |
| | P O BOX 650043 DALLAS, TX 75265-0043 | Tax District | COUNTY (District 2) |
| Location Address | 52 GOLF COURSE RD | 2012 Millage Rate | 28.13 |
| Legal Description | LOT & HOUSE GOLF COURSE RD | Acres | 1.42 |
| Property Class(NOTE: Not Zoning Info) | R3-Residential | Neighborhood | H04 |
| Zoning | | Homestead Exemption | No (S0) |
| | | Parcel Map | Show Parcel Map |
| Water | Well | Sewer | Septic Tank |
| Electric | | Gas | Tank Gas |
| Topography | Level | Drainage | Fair |
| Road Class | County | Parcel Road Access | Paved |

### 2012 Tax Year Value Information

| Land Value | Improvement Value | Accessory Value | Total Value | Previous Value |
|---|---|---|---|---|
| $ 27,684 | $ 117,671 | $ 12,257 | $ 157,612 | $ 157,612 |

### Land Information

| Type | Description | Calculation Method | Frontage | Depth | Acres | Photo |
|---|---|---|---|---|---|---|
| RES | 043 GOLF COURSE (10) | Front Feet | 193 | 320 | 1.42 | NA |

### Improvement Information

| Style | Heated Sq Ft | Interior Walls | Exterior Walls | Attic Area Sq Ft | Basement Area Sq Ft | Year Built | Photo |
|---|---|---|---|---|---|---|---|
| One Family | 3,490 | Sheetrock | Masonry (brick) | No Attic | None | 1974 | Building Images |
| Roof Type | Flooring Type | Heating Type | Rooms Bedrooms/Bathrooms | Value | Cond | Number Fire Pl | Sketch |
| Asphalt Shingles | Carpet/Tile | Central Heat/AC | 6/3/3.0 | $ 117,671 | Fair | 1 | Sketch Building 1 |

### Accessory Information

| Description | Year Built | Dimensions/Units | Value |
|---|---|---|---|
| Well & Septic Tank | 2005 | 1x1 1 | $ 4,900 |
| Utility Building | 2002 | 12x25 0 | $ 5,145 |
| Shelter | 2002 | 12x25 0 | $ 1,212 |
| Res. Swimming Pool: Vinyl | 1983 | 20x36 720 | $ 1,000 |

### Sale Information

| Sale Date | Deed Book | Plat Page | Price | Reason | Grantor | Grantee |
|---|---|---|---|---|---|---|
| 08-20-1999 | 177 737 | | $ 146,000 | Fair Market Value | TAYLOR CLAUDETTE L | PUISSANT RAINER T |
| 10-25-1994 | 146 700 | | $ 130,000 | Fair Market Value | | TAYLOR JAMES L ETUX |

| Recent Sales in Neighborhood / Recent Sales in Area | Previous Parcel | Next Parcel | Field Definitions | Return to Main Search Page | Pulaski Home |

The Assessor's Office makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation. The assesment information is from the last certified taxroll. All data is subject to change before the next certified taxroll. Website Updated: September 15, 2012

© 2005 by the County of Pulaski, GA | Website design by qpublic.net