IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RAINER T. PUISSANT and KAYE PUISSANT,<br><br>  Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA HOME LOAN SERVICING, LLP and FEDERAL NATIONAL MORTGAGE ASSOCATION,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 5:12-CV-388(MTT)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

This case has been stayed since December 10, 2012, pending the Georgia Supreme Court decisions in *Reese v. Provident Funding Associates, LLP* and *Chae Yi You and Chur K. Back v. JP Morgan Chase Bank, N.A. and Federal National Mortgage Association*. (Doc. 17).  The Georgia Supreme Court issued opinions resolving these cases May 20, 2013, and this Court scheduled a hearing for June 12, 2013, to discuss the current status of litigation and pending deadlines in the case.  The Plaintiffs failed to appear for this hearing.

Accordingly, the stay is lifted, and the Defendants have thirty days from the entry of this Order to file a Motion to Dismiss.  There will be no discovery done until the resolution of the Defendants' Motion to Dismiss, and the Parties should not submit a scheduling and discovery order to the Court.

**SO ORDERED**, this 12th day of June, 2013.

                                          S/ Marc T. Treadwell
                                          MARC T. TREADWELL, JUDGE
                                          UNITED STATES DISTRICT COURT